# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| **HUMANA INSURANCE COMPANY** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 3:16-cv-00079-HEH |
| v. ) | |
| ) | |
| **PARIS BLANK LLP,** ) | |
| **and KEITH B. MARCUS,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Humana Insurance Co., by and through counsel, gives notice of its voluntary dismissal with prejudice of all claims against Defendants, Paris Blank LLP and Keith B. Marcus, in the above-styled action. Defendants consent to this dismissal.

Dated: June 23, 2016                                            Respectfully submitted,


/s/ William L. Mitchell, II                                         /s/ John A. Burlingame
William L. Mitchell, II (VSB #48585)              John A. Burlingame (VSB #32694)
Michelle Benitez (VSB # 80125)                     SQUIRE PATTON BOGGS (US) LLP
ECCLESTON & WOLF, P.C.                          2550 M Street, NW
10400 Eaton Place                                            Washington, DC 20037
Suite 107                                                             Telephone: (202) 457-6000
Fairfax, Virginia 22030                                     Facsimile: (202) 457-6315
Telephone: (703) 218-5330                              john.burlingame@squirepb.com
Facsimile: (703) 218-5350
wmitchell@ewva.com                                       Michael P. Abate (*Pro Hac Vice*)
benitez@ewva.com                                            DINSMORE & SHOHL LLP
                                                                             101 South Fifth Street
*Counsel for ParisBlank LLP and*                  Suite 2500
*Keith B. Marcus*                                               Louisville, KY 40202
                                                                             Telephone: (502) 540-2359
                                                                             Facsimile: (502) 585-2207
                                                                             michael.abate@dinsmore.com

                                                                             *Counsel for Humana Insurance Company*

## **CERTIFICATE OF SERVICE**

I certify that on June 23, 2016, the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE was filed with the Court and served upon all parties to this action via the Court's CM/ECF filing system. All parties are registered CM/ECF users.

/s/ John A. Burlingame
John A. Burlingame (VSB #32694)
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
john.burlingame@squirepb.com

*Counsel for Humana Insurance Company*