IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

HUMANA INSURANCE CO., )
)
    Plaintiff, )
)
v. ) Civil Action No. 3:16CV79–HEH
)
PARIS BLANK LLP, *et al.*, )
)
    Defendants. )

## FINAL ORDER

THIS MATTER is before the Court on a Joint Stipulation of Voluntary Dismissal with Prejudice filed by the parties pursuant to Federal Rule of Civil Procedure 41(a). It appearing appropriate to do so, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE.

The Clerk is directed to send certified copies of this Order to all counsel of record.

It is so ORDERED.

                                                    /s/
                                       Henry E. Hudson
                                       United States District Judge

Date: June 24, 2016
Richmond, Virginia